1204

STARK COUNTY BAR ASSOCIATION *v.* RUSSELL.

[Cite as *Stark Cty. Bar Assn. v. Russell* (1991), 61 Ohio St.3d 1204.]

(No. 89–1872—Submitted and decided July 25, 1991.)

For earlier case, see *Stark Cty. Bar Assn. v. Russell* (1990), 52 Ohio St.3d 211, 556 N.E.2d 499.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

IN RE RESIGNATION OF TANKERSLEY.

[Cite as *In re Resignation of Tankersley* (1991), 61 Ohio St.3d 1204.]

(No. 91–1427—Submitted July 31, 1991—Decided August 7, 1991.)

The resignation of Hugh R. Tankersley as an attorney, Registration No. 0009404, is accepted.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.